LAW OFFICES
**WALKER & BUCHHOLZ**
**PROFESSIONAL ASSOCIATION**
50 BRIDGE STREET, SUITE 205
MANCHESTER, NEW HAMPSHIRE 03101-1699

JAMES G. WALKER
KEVIN E. BUCHHOLZ

PHONE (603) 634-5090
FAX (603) 644-8811
INTERNETkbuchholz@walkerbuchholz.com

March 13, 2008

John M. Safford, Clerk
Hillsborough County Superior Court
Northern District
300 Chestnut Street
Manchester, NH 03101-2490

> Re:   *In the Matter of Pamela McCarthy and Ricky McCarthy*
> Docket#: 06-M-0096
> File#: 7916

Dear Clerk Safford:

Enclosed please find an *Notice of Removal to Federal Court* with the attached *Plaintiff's Petition For* Removal and *Civil Cover Sheet* to be filed in the above captioned matter.

I hereby certify that a copy of this correspondence and the foregoing were this day mailed to Kathleen Sternenberg, Esq., Alan Cantor, GAL and Melissa Clickner.

Very truly yours,
WALKER & BUCHHOLZ, P.A.

By   /s/ Kevin. E. Buchholz, Esq.
Kevin E Buchholz, Esquire

KEB/kan
enclosure
Cc:   Ricky McCarthy
Kathleen Sternenberg, Esq.
Alan Cantor, GAL
Melissa Clickner