AO 458 (Rev.10/95) (NH 1/07) Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

### APPEARANCE

Case Number: 1:08-cv-00096-PB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Pamela Taber-McCarthy

I certify that I am admitted to practice in this court.

| March 22, 2008 | | [/s/] Edward C. Mosca | |
|---|---|---|---|
| **Date** | | **Signature** | |
| | | Edward C. Mosca | 9353 |
| | | **Print Name** | **Bar Number** |
| | | 27 Webster Street | |
| | | **Address** | |
| | | Manchetser | NH | 03104 |
| | | **City** | **State** | **Zip Code** |
| | | 603-628-3695 | edmosca@comcast.net |
| | | **Phone Number** | **Email Address** |

### CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
[Names of Filing Users]
Kevin E. Buchholz, Esquire

Conventionally Served:
[Name and Address of Non-Filing Users]
Kathleen Sternenberg, Esquire
27 Webster Street
Manchester, NH  03104

March 22, 2008                                [/s/]  Edward C. Mosca
**Date**                                          **Signature**