## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * **
<br>                                                                          *
<br>Pamela Taber-McCarthy                                                     *
<br>                                                                          *
<br>                                     Petitioner                           *
<br>                                                                          *
<br>                        v.                                                *     Docket:  08-cv-00096-PB
<br>                                                                          *
<br>Ricky C. McCarthy                                                         *
<br>                                                                          *
<br>                                     Respondent                           *
<br>                                                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * **

### RESPONDENT'S MOTION TO ALLOW
### SUBMISSION OF PARTIAL STATE RECORD

***NOW COMES*** the respondent, Ricky McCarthy, (hereinafter, "respondent") by and through counsel, Walker & Buchholz, P.A., and respectfully submits the following Motion To Allow Submission of Partial State Record and in support thereof states as follows:

1.     The underlying State Court case in this matter is a domestic matter pending in the Hillsborough County Superior Court, Northern District, captioned In the Matter of Pamela Taber-McCarthy and Ricky C. McCarthy, and docketed at 06-M-0096.  The parties are in dispute with regard to language to be contained in a Qualified Domestic Relations Order (hereinafter "QDRO") relative to the division of monies maintained within retirement accounts of the parties.

2.     On or about November 16, 2007, the petitioner, Pamela Taber- McCarthy, by way of counsel, filed a *Motion For Further Order Regarding Distribution Of Retirement and Wording Of QDRO* to which the respondent objected.  It is the position of the respondent that the issue to be addressed in the petitioner's motion is a question of Federal law and should be addressed by this court.  Therefore, the respondent filed a *Petition For Removal* and *Notice Of Removal to State Court* regarding the federal issue to be addressed.

3.      Pursuant to the Court's Notice of Electronic Filing of March 13, 2008, the respondent is to file "State Court Record" on or before March 31, 2008.  The matter pending before the Hillsborough County Superior Court, Northern District is a divorce between the parties and the file is therefore quiet voluminous and contains materials irrelevant to the single issue removed by the respondent.

4.     Attached hereto is a certified copy of the divorce decree issued by the State Court on August 3, 2007, as well as a certified copy of the petitioner's *Motion For Further Order Regarding Distribution Of Retirement and Wording Of QDRO* and the respondent's *Objection To Motion For Further Order Regarding Distribution Of Retirement and Wording Of QDRO*.

5.     Requiring the respondent to secure a certified complete copy of the State Court's  Record will delay the progress of this matter as undersigned counsel has been advised that the State Court will require an extensive amount of time (two months or more) in order to duplicate and certify its entire record.  Further, additional materials contained in the State Court's Record are not relevant to the respondent's request for removal.

6.     Alternatively, the respondent requests that the Honorable Court extend the period for filing of the State Court Record due to restrictions currently beyond his

- 3 -

control.

7.      Counsel for the petitioner, Edward C. Mosca, Esquire and Kathleen Sternenberg, Esquire, have been contacted via telephone messages left regarding the relief requested herein.  Despite a good faith effort made on the behalf of the respondent, no response has been received as of the time of the filing of this motion.


**WHEREFORE,** the respondent, Ricky C. McCarthy, respectfully prays that the Honorable Court will grant his Motion To Allow Partial Submission of State Court Record alternatively, extend the time in which to file the entire record until such time as the State Court is able to provide same and for such other and further relief as may be just under the circumstances.


                              Respectfully submitted by,
                              Ricky McCarthy
                              By his attorneys,
                              WALKER & BUCHHOLZ, P.A.



Dated:  March 31, 2008                By /s/ Kevin E. Buchholz, Esquire
                              Kevin E. Buchholz, Esquire
                              NH Bar# 6535
                              50 Bridge Street, Suite 205
                              Manchester, NH 03101-1699
                              603-634-5090
                              kbuchholz@walkerbuchholz.com

- 4 -

### *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing Motion To Allow Partial Submission of State Court Record was this day forwarded to Kathleen Sternenberg, Esquire, Law Offices of Kathleen Sternenberg, 27 Webster Street, Manchester, NH 03104 and to Edward C. Mosca, Esquire via ECF.


Dated:  March 31, 2008                            /s/ Kevin E. Buchholz, Esquire
                                                  Kevin E. Buchholz, Esquire