# LAW OFFICE OF KATHLEEN A. STERNENBERG

KATHLEEN A. STERNENBERG *

ALSO ADMITTED IN VT *

27 WEBSTER STREET
MANCHESTER, NEW HAMPSHIRE 03104-2547
TELEPHONE 603-641-1048
FAX 603-641-1041

March 13, 2008

Kevin E. Buchholz, Esquire
Law Offices of
Walker & Buchholz, P.A.
50 Bridge Street, Suite 205
Manchester, NH 03101-1699

## TRANSMITTED BY FAX TO (603)644-8811

Re: <u>In the Matter of Pam McCarthy and Ricky McCarthy</u>, Docket #06-M-0096

Dear Attorney Buchholz:

This is to follow up on our phone conversation. As you are well aware, the issue remaining in this matter has to do with interest on the distribution, not gains and losses. There is no federal issue.

This letter is to confirm, as you know from the correspondence and amended QDRO's that you have received, that Pam McCarthy is <u>not</u> seeking gains and losses on the QDRO distribution, but she is seeking interest from the date of the court ordered distribution. She does not agree to withdraw her pleadings as she needs relief from the court.

Because you have stated that Ricky refuses to sign the QDRO which incorporates all of the changes requested by Schleuniger, Pam intends to appear in court tomorrow to ask the Superior Court marital master to issue a further order regarding this distribution.

Sincerely,

*Kathleen A. Sternenberg*

Kathleen A. Sternenberg

cc: Pam Taber