UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                                  \*
Pamela Taber-McCarthy                \*
                                                  \*
                    Petitioner          \*
                                                  \*
          v.                                \*     Case Number 1:08-cv-96-PB
                                                  \*
Ricky C. McCarthy                       \*
                                                  \*
                    Respondent       \*
                                                  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITIONER'S NOTICE OF INTENT TO MOVE FOR LEAVE TO FILE REPLY TO RESPONDENT'S OBJECTION TO MOTION FOR REMAND**

The petitioner, Pamela Taber-McCarthy, hereby submits this notice of her intention to move for leave to file a reply to *Respondent's Objection to Petitioner's Motion for Remand.*

        Respectfully submitted,

        Pamela Taber-McCarthy,

        By her Attorney

        MOSCA LAW OFFICE


        /s/ Edward C. Mosca
        27 Webster Street
        Manchester, NH  03104
        (603) 628-3695


## CERTIFICATE OF SERVICE

 I hereby certify that on April 5, 2008 I served the foregoing by ECF on Kevin Bucholz, Esquire. Counsel of record for Respondent, and by hand-delivering a copy to Law Office of Kathleen Sternenberg, 27 Webster Street, Manchester, NH  03104, counsel for Petitioner.


        /s/ Edward C. Mosca
        Edward C. Mosca