# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET
CONCORD, NEW HAMPSHIRE  03301-3941

**Office of the Clerk**      Telephone
James R. Starr      603-225-1423
Clerk

May 6, 2008

In re:    Case No. 08-cv-96-PB, <u>Taber-McCarthy v. McCarthy</u>

To:    Clerk, Hillsborough Superior Court
         Formerly your case #(s): 06-M-0096

     By Court order, the above case was remanded to your court.  We enclose a certified copy of the order and docket entries.

     Counsel/pro se parties are herewith notified by copy of this letter that no pleadings (or copies of pleadings) filed in our court are being sent to the Superior Court.  If there are outstanding issues which counsel/pro se parties wish the Superior Court to consider, copies of such pleadings shall be refiled with the Superior Court Clerk.

     Orders of remand are not reviewable on appeal or otherwise, except in certain civil rights cases.  See 28 USC 1447(d), 1443.

                             JAMES R. STARR
                             CLERK

Enclosures

cc:  Counsel of Record